strate the intent necessary to establish waiver under our established case law.

I believe a COA should have issued and that our intervention is warranted. A trial conducted without actual notice to a defendant and in his absence makes a mockery of fair process and the constitutional right to be present at trial. That is particularly true where, as here, the defendant participated actively in his defense and kept the State informed of his whereabouts. I would grant the petition and summarily reverse the judgment below.

No. 11–9344. EL FALESTENY v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Motion of respondents for leave to file a brief in opposition under seal granted. Motion of petitioner for leave to file a reply brief under seal granted. Certiorari denied.

No. 11–9768. BLACKMON v. DOUGLAS, WARDEN. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 11–9797. MILLER v. MARSHALL. C. A. 7th Cir. Certiorari before judgment denied.

No. 11–9865. HOUSTON v. QUALITY HOME LOANS ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 11–10389. BASCIANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–1072. COHEN v. ALFRED & ADELE DAVIS ACADEMY, INC., 566 U. S. 974;

No. 11–1095. GRAVES v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 572 ET AL., 566 U. S. 987;

No. 11–8257. WINSTON v. TEGELS, WARDEN, 566 U. S. 976;

No. 11–8485. PANDEY v. RUSSELL ET AL., 565 U. S. 1269;

No. 11–8900. WILKINSON v. CALIFORNIA, 566 U. S. 964;

No. 11–8953. VINSON v. UNITED STATES MARSHALS SERVICE ET AL., 566 U. S. 948;

No. 11–8986. ROBINSON v. COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL., 566 U. S. 948;

No. 11–8995. WALKER v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 566 U. S. 977;

No. 11–9040. IN RE BALZAROTTI, 566 U. S. 973;

No. 11–9084. MARQUARDT v. VAN RYBROEK, 566 U. S. 949;

No. 11–9214. MCCARTHY v. SOSNICK ET AL., 566 U. S. 966; and

No. 11–9839. BUSH v. UNITED STATES, 566 U. S. 1004. Petitions for rehearing denied.

No. 11–1063. BLYE ET AL. v. KOZINSKI, CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL., 566 U. S. 970. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–7106. CURTIS-JOSEPH v. RICHARDSON ET AL., 565 U. S. 1123. Motion for leave to file petition for rehearing denied.

JUNE 20, 2012

No. 11A1224. SIMMONS v. MISSISSIPPI. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

JUNE 25, 2012

No. 11–1178. FLETCHER ET AL. v. LAMONE ET AL. Affirmed on appeal from D. C. Md.

No. 11–83. ARCTIC SLOPE NATIVE ASSN., LTD. v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Salazar v. Ramah Navajo Chapter, ante, p. 182.

No. 11–9896. JONES v. LIBERTY BANK & TRUST CO. ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma